# ALABAMA COURT OF CRIMINAL APPEALS



April 19, 2024

**CR-2023-0155**
Guarionex Lopez v. State of Alabama (Appeal from Limestone Circuit Court: CC-17-521)

## <u>NOTICE</u>

You are hereby notified that on April 19, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk